ELEANOR A. GREBE, Respondent, and NORBERT B. COSGROVE, Plaintiff, v. WILLIAM E. HALL, Appellant, and OTTO G. DORNHOURST, Defendant.— Order, as amended, denying motion to dismiss complaint upon the ground that it fails to state a cause of action, affirmed, with ten dollars costs and disbursements. The fact that the letter was anonymous indicates that the sender meant to attach to the words a vicious rather than the usual meaning. Lazansky, P. J., Hagarty and Seeger, JJ., concur; Carswell and Scudder, JJ., dissent, with the following memorandum: The implication attending the use of the word " intimate " is

---

* Reported in 226 App. Div. 673.— [REP.

made harmless by the addition of the word " quite." " Quite intimate " connotes a degree of intimacy, and in adultery there is no degree.